# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

       V.              CASE NUMBER: 2:11-MJ-1187-DNF

JOHN R. POWELL

## COMMITMENT TO ANOTHER DISTRICT

The Defendant is charged with a violation of Title 18 USC, Section 2252A(g)(2), (b)(1) and (a)(2) alleged to have been committed in the Southern District of Indiana.

Brief description of charges:  Child Pornography Enterprise

The Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named Defendant and to transport that Defendant with a certified copy of this commitment forthwith to the district of offense as specified above and thre deliver the Defendant to the United States Marshal for that district or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P.5 (c) or 40 having been completed.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Date:     December 22, 2011

_____
RETURN

This commitment was received and executed as follows:

| Date Commitment Order Received | Place of Commitment | Date Defendant Committed |
|---|---|---|
| Date | United States Marshal | (By) Deputy Marshal |