# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                    **Case No. 2:11-MJ-1187DNF**

**JOHN POWELL**

---

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held. The Court considered the Pretrial Services Report, the proffers and arguments of counsel, the nature and circumstances of the offense and the weight of evidence against the Defendant. The following facts and circumstances require the Defendant to be detained pending trial: The presumption has not been overcome. The defendant lacks substantial ties to the community. The defendant has traveled abroad and appears to have the ability and the means to flee. Rather than overcoming the presumption, the Court finds the defendant poses a risk of flight, therefore, no condition or combination of conditions of release will reasonably assure the appearance of the Defendant as required.

This conclusion is based on the findings and analysis of the matters enumerated in 18 U.S.C. § 3142(g) as stated on the record in open court at the detention hearing.

Therefore it is

**ORDERED** that the Defendant is detained without prejudice pending trial.

**DONE** and **ORDERED** this __22nd___ day of December, 2011.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

### DIRECTIONS REGARDING DETENTION

**JOHN POWELL** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **JOHN POWELL** shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Copies: U.S. Marshal